1435. SPARKS MERCANTILE CO. *et al. v.* STONE TOBACCO CO..

RUSSELL, J. 1. The exception to the striking of a portion of the defendant's plea is not well taken.

2. What purports to be a brief of the evidence does not bear the approval of the trial judge. Therefore this court is not in position to consider errors assigned upon the overruling of the motion for a new trial.

*Judgment affirmed.*

Appeal, from Berrien superior court—Judge Mitchell. September 26, 1908.

Argued December 9, 1908.—Decided May 18, 1909.

*Hendricks & Christian,* for plaintiff in error.

*Buie & Knight,* contra.